UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DARREN DEON JOHNSON,

       Plaintiff,

v.

D.J. PALLAS et al.,

       Defendants.
_____/

Case No. 1:17-cv-1016

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   February 7, 2018              /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        United States District Judge